IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| MATTHEW LEE CLAPPER, | ) | Case No. 09-14621-NLJ |
| ERIN MICHELLE CLAPPER, | ) | Chapter 7 |
| Debtor(s). | ) | |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Claim No. 1<br>Credit First National Association | $2.08 |
| Total | $2.08 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $2.08, will be deposited with the clerk into unclaimed funds.

DATE: October 19, 2010

s/ Lyle Nelson
Lyle R. Nelson, OBA#10914
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, OK  73102
(405) 232-4021 Phone/(405) 232-3746 Fax
TRUSTEE